■ The People of the State of New York, Respondent, v Darryl West, Appellant. [932 NYS2d 693]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (see People v Lingle, 16 NY3d 621 [2011]). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Acosta and Abdus-Salaam, JJ.

■ The People of the State of New York, Respondent, v Shakeya Stevens, Appellant. [932 NYS2d 692]—

The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations, including its resolution of alleged conflicts in testimony. The evidence established the requisite intent to defraud (see e.g. People v Rodriguez, 71 AD3d 450 [2010], affd 17 NY3d 486 [2011]). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Acosta and Abdus-Salaam, JJ.